**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG S.A. and UNILOC 2017 LLC, | § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | Case No. 2:17-CV-00475-JRG-RSP |
| HIKE LTD., | | |
| *Defendant*. | | |

## Order

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Dkt. No. 58). After consideration, the Court **APPROVES** this stipulation that all claims in this lawsuit be dismissed with prejudice. It is therefore **ORDERED** that all claims in this case are hereby dismissed with prejudice, and that the Court shall retain jurisdiction to enforce the parties' settlement agreement only until the settlement payment is received by Plaintiff. It is further **ORDERED** that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**So Ordered this**

**Apr 11, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE